**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUTURE EXPRESS, INC. <br><br> Plaintiff, <br><br> v. <br><br> CARDINAL HEALTH 200, LLC, AND OWENS & MINOR DISTRIBUTION, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  1:14-CV-04737 <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL**

TO THE CLERK AND ALL PARTIES OF RECORD:  Please withdraw the appearance of Julie M. Calderon Rizzo, formerly of the law firm of Debevoise & Plimpton LLP, as counsel for plaintiff Suture Express, Inc., in the above-captioned case.

PLEASE TAKE NOTICE that Suture Express, Inc. continues to be represented in this case by Michael Schaper, of Debevoise & Plimpton LLP.

Dated: April 1, 2016

KATTEN & TEMPLE LLP

By: /s/ Nancy A. Temple  _
   Nancy A. Temple (IL #6205448)
   Richard B. Kapnick (IL #06183762)
   542 S. Dearborn Street, 14th Floor
   Chicago, IL 60605
   Tel: (312) 663-0800

DEBEVOISE & PLIMPTON LLP

By: /s/ Michael Schaper
   Michael Schaper*
   mschaper@debevoise.com
   919 Third Avenue
   New York, New York  10022
   Telephone: (212) 909-6000
   Facsimile: (212) 521-7490

*Attorney for Suture Express, Inc.*

*Pro hac vice

2

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the April 1, 2016, a true and correct copy of the foregoing **Notice of Withdrawal** was filed and served via the Court's ECF system.

/s/ Nancy A. Temple            _